IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X   Index No.: 08-cv-6465
OPTICSPLANET, INC.,
                          Plaintiff,

                                                    **CERTIFICATE OF SERVICE**

              v.

REGENCY GLOBAL SOLUTIONS, INC.
dba PRECHARGE RISK MANAGEMENT
SOLUTIONS,
                        Defendant.
-----------------------------------------------------------------X
STATE OF NEW YORK)
                        ) ss.:
COUNTY OF NASSAU )

       Linda E. DeSantis , being duly sworn, deposes and says:

       I am not a party to the action, am over 18 years of age and reside in Nassau County, New York.

       On the 23rd day of July, 2008, I served a true copy of the Summons, Complaint and Rule 7.1 Disclosure of Corporate Affiliations by dispatching said Summons, Complaint and Rule 7.1 Disclosure of Corporate Affiliations via Federal Express/Overnight Delivery (Weekday Service) to the following addressee(s) as indicted below.

              Anthony J. Costantini, Esq.
              Duane Morris LLP
              *Agents authorized to accept service on behalf of Defendant*
              1540 Broadway
              New York, New York

Said papers were deposited on said date in the custody of said overnight delivery service prior to the latest time designated for overnight delivery; to wit:  6:00 P.M.

                                                                      _____
Sworn to before me this                                   Linda E. DeSantis
29th day of July, 2008

                                     JOSHUA B. SUMMERS
                                 Notary Public, State of New York
                                    No. 02SU6124368
_____    Qualified in Nassau County
Notary Public                          Commission Expires 03/28/2009



**Moritt Hock Hamroff & Horowitz** LLP
ATTORNEYS AT LAW

**Joshua B. Summers**
Email: jsummers@moritthock.com

July 23, 2008

*Sent via Federal Express Priority Overnight*
Anthony J. Costantini, Esq.
Duane Morris LLP
1540 Broadway
New York, New York

Re: OpticsPlanet, Inc. v. Regency Global Solutions, Inc., d/b/a Precharge Risk Management Solutions    08-CV-6465 ~~(JS)~~
US Dist. Ct., SDNY, Case No. ~~07-CV-7601~~ (RJS)(FM)

Dear Mr. Costantini:

We represent OpticsPlanet, Inc. ("Plaintiff") in the above referenced matter.

Pursuant to my conversation with your colleague, Peter W. Rothberg, your firm has agreed to accept service on behalf of the above-named Defendant, Regency Global Solutions, Inc., d/b/a Precharge Risk Management Solutions ("Defendant"). To that end, I have included herewith a copy of the summons and complaint recently filed in the United States District Court in and for the Southern District of New York. Please acknowledge your receipt and acceptance of service of the within Summons and Complaint on behalf of the Defendant herein by signing this letter in the space provided and returning the original to my office.

Thank you for your attention to this matter.

Very truly yours,

Joshua B. Summers, Esq.

**Acknowledgement of receipt and acceptance of service
of Summons and Complaint on behalf of Defendant**

_____
Anthony J. Costantini, Esq.
*Counsel for Defendant*

cc: Peter W. Rothberg (w/o enclosures)

400 Garden City Plaza, Garden City, New York 11530 | P: 516.873.2000 | F: 516.873.2010 | www.moritthock.com