MORITT HOCK HAMROFF & HOROWITZ LLP
400 Garden City Plaza
Garden City, New York 11530
(516) 873-2000
(516) 873-2010 (fax)
Michael Cardello, Esq.
Counsel for Plaintiff, OpticsPlanet, Inc.



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
OPTICSPLANET, INC., an Illinois corporation,          Civil Action No. 08-CV-6465 (RJS)

                          Plaintiff,

            -against-                                       **ORDER TO SHOW CAUSE**

REGENCY GLOBAL SOLUTIONS, INC.
d/b/a PRECHARGE RISK
MANAGEMENT SOLUTIONS,
a Delaware corporation.

                      Defendant.
-----------------------------------------------------------X

       Upon the affidavit of Michael Cardello, sworn to the 22nd day of August, 2008, upon the copy of the complaint annexed hereto and the affidavit of service annexed hereto and upon the certificate from the Clerk of the Court stating that no answer has been filed, it is

       ORDERED, that the above named defendant show cause before a motion term of this Court, at Room 21C, United States Courthouse, 500 Pearl Street, in the City, County and State of New York, on Sept. 15, 2008 at 11 o'clock in the morning ~~noon~~ thereof, or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rule 55(b) Rules of Civil Procedure granting the Plaintiff, Opticsplanet, Inc. a default judgment in the amount of $151,472.10, plus interest as against defendant Regency Global Solutions, Inc. d/b/a Precharge Risk Management

Solutions as a result of defendant failure to answer and/or otherwise move with regard to the Complaint; and it is further

ORDERED; that personal service of a copy of this Order and annexed affidavit upon the defendant or his counsel on or before __5__ o'clock in the _after_ noon, __August 26__, __2008__ shall be deemed good and sufficient service thereof.

Dated: ~~Garden City~~ New York, New York

ISSUED: August 25, 2008

_____
UNITED STATES DISTRICT JUDGE

F:\OpticsPlanet\Regency Global\docs\ORDER TO SHOW CAUSE.doc